UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-05072-RGK | Date | July 29, 2021 |
|---|---|---|---|

| Title | In Re Crescent Associates, LLC |
|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** (IN CHAMBERS)  Order to Show Cause re Dismissal re Lack of Prosecution

On July 20, 2021, a Notice of Bankruptcy Appeal Document Discrepancy was issued.  As of this date, there has been no response filed to the notice.  The Court hereby orders appellant, **Eyal Ben Dror**, to show cause in writing no later than **August 9, 2021** why this action should not be dismissed for lack of prosecution.  This order is based upon appellant's failure to file documents in the U.S. Bankruptcy Court, required by Rule 8003 and 8009 of the U.S. Bankruptcy Rules.  Appellant is advised that the Court will consider the filing of the following documents in the U.S. Bankruptcy Court, as an appropriate response to this Order to Show Cause, on or above the above date, to avoid dismissal:

1. Designation of Record
2. Statement of issues on appeal; and
3. Notice of Reporters' transcript.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be held unless ordered by the Court.  The order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court order may result in the dismissal of the action.

**IT IS SO ORDERED.**


cc: Sonny Milano, USBC