JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-05072-RGK | Date | January 6, 2022 |
|---|---|---|---|
| Title | *In re Crescent Associates, LLC* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendant: Not Present

**Proceedings:**   **(IN CHAMBERS)** Order Re: Dismissal for Lack of Prosecution

On June 22, 2021, appellant Eyal Ben Dror ("Appellant") filed a Notice of Appeal with this Court, seeking review of the Bankruptcy Court's order denying his motion for leave to file a late appeal. (*See* ECF No. 1.) Since then, the Court has issued two Orders to Show Cause due to lack of prosecution of the appeal. In response to the first Order to Show Cause, Appellant requested additional time because he had not received documents in the mail. (ECF No. 8.) The Court ordered Appellant to confirm his address to ensure that he received mail from the Court in the future. (ECF No. 12.)

Appellant's opening brief was due on November 15, 2021. The Court's second Order to Show Cause came on December 15, 2021, after Appellant failed to confirm or correct his address, or file his opening brief. (ECF No. 13.) In response, Appellant noted that he was not aware the date his opening brief was due, did not receive the Order to Show Cause in the mail until December 24, and requested an extension of time until January 20, 2022. (ECF No. 14.) Despite Appellant's protestation that he "was not aware [his] brief was due on or before November 15, 2021, as [he] had not received any notice advising of same," it is not the Court's responsibility to affirmatively advise a party of its deadlines, even if that party is representing himself. The Federal Rules of Bankruptcy Procedure are crystal clear: "The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed. R. Bankr. Proc. 8018(a)(1). The notice that the record was transmitted was docketed on October 15, 2021, and there is no indication that Appellant did not receive that notice.

Accordingly, Appellant has failed to satisfactorily respond to the Court's Order to Show Cause. The Court therefore **DISMISSES** the appeal for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer